UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

RUBIEL GOMEZ,

                Defendant.

18 Cr. 341 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

      The Court has received a filing from defendant Rubiel Gomez, which it treats as a motion for compassionate release. *See* Dkt. 28. The Court reappoints Mr. Gomez's trial counsel, Richard Barton, Esq., for the purpose of submitting a letter memorandum in support of Mr. Gomez's motion. That memorandum is due February 25, 2021. The Government's response is due by March 4, 2021.

      SO ORDERED.

                                                PAUL A. ENGELMAYER
                                                United States District Judge

Dated: February 4, 2021
       New York, New York