UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 18-CR-341 (PAE) |
| -v- | ORDER |
| RUBIEL GOMEZ, | |
| Defendant. | |

PAUL A. ENGELMAYER, District Judge:

On February 4, 2021, the Court reappointed Rubiel Gomez's trial counsel, Richard Barton, Esq., for the purpose of submitting a letter memorandum in support of Mr. Gomez's motion for compassionate release. Mr. Barton has since notified the Court that he is not on the CJA panel and has not been retained by Mr. Gomez, and requests that the Court appoint CJA counsel to support Mr. Gomez's application. Dkt. 30.

The Court appoints Eric Franz, Esq., today's CJA duty attorney, to assume the representation of Mr. Gomez. Mr. Franz's memorandum is due February 25, 2021. The Government's response is due by March 4, 2021.

The Clerk of Court is respectfully directed to terminate the motion pending at docket 30.

SO ORDERED.

                                             *Paul A. Engelmayer*
                                             PAUL A. ENGELMAYER
                                             United States District Judge

Dated: February 8, 2021
       New York, New York